UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Gouras, Incorporated, | ) |
| | ) |
| Appellant, | ) |
| | ) **JUDGMENT** |
| | ) |
| Weaver Cooke Construction, LLC. | ) No. 5:15-CV-401-BR |
| | ) |
| Appellee. | ) |
| | ) |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the bankruptcy court's 4 August 2015 order is AFFIRMED IN PART and REVERSED IN PART. This matter is REMANDED with direction to the bankruptcy court to enter summary judgment in Gouras's favor on Weaver Cooke's negligence claim.

**This judgment filed and entered on March 23, 2017, and served on:**

Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
Kelli E Goss (via CM/ECF Notice of Electronic Filing)
Luke J. Farley (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III (via CM/ECF Notice of Electronic Filing)
Jay P. Tobin (via CM/ECF Notice of Electronic Filing)

March 23, 2017

PETER A. MOORE, JR, CLERK OF COURT

By: Deputy Clerk